UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DR. ROBIN P. NERING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00461-JRO-MG |
| | ) | |
| DR. MATTHEW FORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 23, 2026, Plaintiff Dr. Robin P. Nering and Defendants Dr. Matthew Ford and Dr. Bradley V. Balch filed a Joint Stipulation of Dismissal with Prejudice (Docket No. 18) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court acknowledges the dismissal of this action with prejudice. Each party to bear its own fees, costs and expenses.

**SO ORDERED.**

Date: 9/24/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.